UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LAWRENCE DAVIS

(Enter above the full name of plaintiff in this action)

V.

CENTRAL INTELLIGENCE AGENCY - CIA

(Enter above the full name of defendant(s) in this action)

CIVIL CASE NO. 4:CV 04-625

(To be supplied by Clerk of the District Court)

FILED
HARRISBURG

MAR 24 2004

MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

COMPLAINT

1. The plaintiff LAWRENCE DAVIS a citizen of the County of YORK State of Pennsylvania, residing at 1717 PRESCOTT RD - YORK PA 17403 wishes to file a complaint under 42 USC 1331
(give Title No, etc.)

2. The defendant(s) is or are CENTRAL INTELLIGENCE AGENCY - CIA

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary.

3. (Continued)

- SEE ATTACHED LETTER: WHY THE LAWSUIT AGAINS CIA FROM LAWRENCE DAVIS (PLAINTIFF IN THIS ACTION)

4. WHEREFORE, plaintiff prays that:
(State what you wish the Court to do)

a) TO CLEAR MY NAME OF ALL CHARGES

b) TO CLEAR THE NAME OF MY BROTHE RETER (~~ORIGINAL~~)

c) TO BE REWARDET OF $380,000 (THREE HUNDRED AND EIGHTY THOUSAND DOLLARS) BY CIA

*Lawrence Davis*
(Signature of plaintiff)

1717 PRESCOTT RD
Street Address

YORK   PA   17403
City,              Zip Code

(717) 846-5149
Telephone Number

# WHY THE LAW SUIT AGAINST CIA?

It is typical mistake for the U.S. Government: The left hand don't know what the right hand is doing. In one hand I was issued entrance Visa to USA (Document 3); I became U.S. citizen May 4, 1962 (Document 4) and change my name to Lawrence Davis.

At the other hand on March 30, 1981 I was suspected of being "known KGB agent" (Document 10 – September 25, 1967) and requested certificate of U.S. citizenship by the CIA agent in New York office prior to my depart to Israel. Everybody knows that one have to be U.S. citizen in order to obtain U.S. passport. I have my passport with me.

The most damaging to my personality was Document 10, dated September 25, 1967. This is the letter addressed to the Department of State. In this letter the U.S. Government female employees were warned to avoid one Lawrence Davis. Lawrence Davis was "a known KGB agent" and the U.S. female employees were cautioned to avoid all contacts with him. Known to whom – it is not known to me?

The CIA motto: "Ye shall know the truth and the truth shall set you free". Calling me "a known KGB agent" is a lie. All my rights as U.S. citizen are violated.

I looked with magnifying glass through all intelligence reports; I did not find any instant to involve me or my only brother Peter with any espionage activities. I resided in this country (USA) since June 16, 1956, never been tried or convicted.

I became U.S. citizen May 4, 1962 and changed my name to Lawrence Davis for obvious reason; My original name was to difficult to spell and remember.

GOD BLESS AMERICA, THE LAND OF THE FREE.

*Lawrence Davis*

```
Wed Mar 24 11:30:33 2004

UNITED STATES DISTRICT COURT

SCRANTON         , PA

Receipt No.   111 18394
Cashier          jill

Check Number:  429774256

DØ Code    Div No
 4667        1

Sub Acct Type Tender      Amount
0:510000  N    2           90.00
1:086900  N    2           60.00

Total Amount        $   150.00

LAWRENCE DAVIS 1717 PRESCOTT ROAD YO
RK, PA 17103

FILING FEE FOR COMPLAINT IN CV-04-62
5


cn
```